## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THUNDER DIESEL &<br>PERFORMANCE CO.,<br><br>RED DEER EXHAUST, INC.<br>(d/b/a Flo~Pro Performance Exhaust),<br><br>and<br><br>SCHUMACHER ESTATES, LTD.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 3:22-cv-03042<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### UNITED STATES' UNOPPOSED MOTION TO ENTER CONSENT DECREE

The United States of America, on behalf of the United States Environmental

Protection Agency ("EPA"), respectfully requests that this Court enter the proposed

Consent Decree previously lodged on July 28, 2022.  *See* ECF No. 3-1 (Consent Decree).

The proposed Consent Decree was lodged with this Court for the purpose of

soliciting public comments.  Pursuant to 28 C.F.R. § 50.7, notice of lodging of the

proposed Consent Decree was published in the Federal Register on August 8, 2022,

commencing a 30-day period for submission of public comments.  *See* 87 Fed. Reg.

48119 (Aug. 8, 2022).  The public comment period has expired and the United States has

not received any comments on the proposed Consent Decree.

1

As described in the accompanying brief, the proposed Consent Decree requires the Defendants (1) to comply with the Clean Air Act ("CAA") by refraining from manufacturing, selling, and installing products that defeat motor vehicle emission controls; (2) to notify customers of the terms of the Consent Decree and train employees to abide by the relevant provisions of the CAA; (3) to submit semiannual reports to EPA explaining how the Defendants have complied with the terms of the Consent Decree and describing any involvement of any Defendants with the automotive industry; and (4) to pay $1,600,000 as a civil penalty based on ability-to-pay.

For the reasons set forth in the accompanying memorandum in support, the United States respectfully requests that this Court find that the Consent Decree is fair, reasonable, and consistent with the public interest, and enter the decree.  The signature line for the Court is on page 37 of the decree.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice


/s/ *Samantha M. Ricci*
SAMANTHA M. RICCI
Trial Attorney
Cal. Bar 324517
Attorney for Plaintiff United States
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 514-3856
Email: samantha.ricci@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2022, I caused the following documents:

*United States' Unopposed Motion to Enter Consent Decree and Memorandum in Support thereof* and *Proposed Order* to be filed electronically with the Clerk of Court through ECF. And I hereby certify that on September 20, 2022, I caused copies of the foregoing filings to be served on the following individuals by electronic mail:

Donald Schumacher
Red Deer Exhaust, Inc.
P.O. Box 783
Red Deer, Alberta Canada T4N5H2
dschumacher@flopro.com

Hazel Ocampo
Greenberg Traurig, LLP
18565 Jamboree Road Suite 500
Irvine, CA 92612
949 732-6545
ocampoh@gtlaw.com

Respectfully submitted,

s/ *Samantha M. Ricci*
SAMANTHA M. RICCI
Trial Attorney
Cal. Bar 324517
Attorney for Plaintiff United States
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C., 2004-7611
Phone: (202) 514-3856
Email: samantha.ricci@usdoj.gov

3