# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THUNDER DIESEL & | ) |
| PERFORMANCE CO., | ) |
| | )   Civil Action No.: 3:22-cv-03042 |
| RED DEER EXHAUST, INC. | ) |
| (d/b/a Flo~Pro Performance Exhaust), | ) |
| | ) |
| and | ) |
| | ) |
| SCHUMACHER ESTATES, LTD. | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

This Court, having reviewed the Unopposed Motion for Entry of Consent Decree filed by the United States (Doc. 6), as well as the proposed Consent Decree (Doc. 3-1), finds that the proposed Consent Decree is fair, reasonable, consistent with the purposes of the Clean Air Act, and in the public interest.

Thus, the Unopposed Motion for Entry of Consent Decree is **GRANTED**, and the proposed Consent Decree shall be entered as final judgment and the case closed.  The Court will retain jurisdiction for the purpose of enforcing the terms of the Consent Decree.

**IT IS SO ORDERED**


**DATED:** _____

_____
HONORABLE TIMOTHY L. BROOKS
U.S. DISTRICT JUDGE